

# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _N.C._

_Civil_ Division

|  |  |
|---|---|
| _Clyde Junior MERIS_ | ) |
| Plaintiff(s) | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
| _Master Corporal A.B. Martin_ | ) |
| _Officer S.D. Brown_ | ) |
| Defendant(s) | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names. Do not include addresses here.)_ | ) |

Case No. _18CV880_

_(to be filled in by the Clerk's Office)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Clyde Meris

All other names by which
you have been known:

ID Number    #opus 0526775

Current Institution    Scotland Correctional

Address    22385 McGirts Bridge rd

Laurinburg    N.C.    28352
     *City*      *State*      *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    A.B Martin

Job or Title *(if known)*    Sheriff Deputy

Shield Number

Employer    Guilford County Sheriffs Dept

Address    400 W Washington st

Greensboro    N.C.    27401
     *City*      *State*      *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name    S.D Brown

Job or Title *(if known)*    Greensboro Police Officer

Shield Number

Employer    GREENSBORO Police DEPT

Address    ~~400 W Washington st~~ 200 S Swing Rd

Greensboro    N.C.    27409
     *City*      *State*      *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

         ☐ Federal officials (a *Bivens* claim)

         ☑ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

     Civil and Constitutionally under 1st, 4th, 5th, 6th, 8th, & 14th, Amdt,

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(See Attached) (A)

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

* see file for date on seizure forms
my home at 832 NC Hwy 62 w Greensboro, NC. 27406

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

April 16, 2018 in Superior Court of Guilford when I asked to get my receipts.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(See Attached) Ⓑ

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I am still injured along with my family co the Judge at my plea sentencing offered me 77 months and on 4-16-18 I asked the Judge to ask Detective Brown for my receipts which he stated unavailable. Which was alibi on my charges to prove innocence. Also intentional infliction of emotional distress, neglegent emotional distress, Due to Judge sentencing me to 22 years min. two days later on 4-18-18 for no mitigating factors cause of my receipts. I am entitled to victims compensation.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

ORDER: a hearing in court Presence for Summary Judgement, of Defendents Neglegence.
ORDER: any Relief for Plaintiff in any form, sua sponte
ORDER: all Defendents to Reply in 14 days / Answer all claims
ORDER: that Defendents have no immunity and are liable for Compensitory, Declatory.
ORDER: A Rule 34 to Defendents
Punitive Damages each starting at $5,000 minimum.
ORDER: A Rule 26b)
ORDER: clerk to provide copies to all parties and Plaintiffs wife at her adress......
order: Granting Plaintiffs rights to modify / Supplement actions with a Memorandum
& Brief of Law, after case #16crs66103
order Clerk to provide superior court transcript of 4-16-18 - 4-18-18 to
prove Defendents saying Receipts unavailable to Judge.
order: Clerk to return all file paperwork for civil action. Plaintiff

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes Defendents neglegently loss proof of innocence in case
of Guilford County prior to my plea hearing, (Receipts in question)
☐ No unconstitutionally, No Immunity here....

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

_____ N/A _____

2.  What did you claim in your grievance?

_____ N/A _____

3.  What was the result, if any?

_____ N/A _____

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____ N/A _____

F.    If you did not file a grievance:

  1.   If there are any reasons why you did not file a grievance, state them here:

_____ N/A _____

  2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I informed my attorney Marcus Shields public defender of needing my receipts for my case last year he made no effort toward asking for them.

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Defendants clearly conspired with Public Defender, Marcus Shields, ADA Christopher Parrish, to protect one another under blind immunity, when all their liable gross neglegence that injures my freedoms, civil rights,

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* also due process in the interest of justice.

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____ N/A _____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____ N/A _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____ N/A _____

3. Docket or index number

   _____ N/A _____

4. Name of Judge assigned to your case

   _____ N/A _____

5. Approximate date of filing lawsuit

   _____ N/A _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____ N/A _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____ N/A _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)      Clyde Mea's

Defendant(s)    Captain Settles

2.   Court *(if federal court, name the district; if state court, name the county and State)*

US Middle District, Guilford, NC.

3.   Docket or index number

18cv195

4.   Name of Judge assigned to your case

JLW

5.   Approximate date of filing lawsuit

3-15-18

6.   Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Case appealed, due to improper 1983 forms,

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-24-18

Signature of Plaintiff  Clyde J Meris

Printed Name of Plaintiff  Clyde Junior Meris

Prison Identification #  # 0526775

Prison Address  22385 McGirts Bridge rd

Lovrinborg      N.C.      28352

                City          State      Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                City          State      Zip Code

Telephone Number

E-mail Address

BASIS That warrant all elements
of facts:

(A) (B)(Annexed)


The BASIS of facts and elements that these
Defendents conspired to one another to cause Plaintiffs
innocence of charges in Guilford County not to be
revealed and causing these charges to be indicted by
concealing and fabricating evidence. All defendents
mentioned in letter (B) are liable for actions of
miscarriage of justice, obstruction of justice, negligence,
intentional infliction of emotional distress, neglegent
infliction of emotional distress, duress, excessive force,
judicial/police innappropriate and unprofessional behaviors,
and violated replivisors guaranteed and all fundamental
civil and Constitutional rights.

## MIDDLE DISTRICT
Ⓑ
## COURT

Replevisors Mr and Mrs. Meris are victims of a premature and flagrant act of a search warrant on (see documents) at 832 Hwy 62w Greensboro, NC. 27406.
Siezure Reciepts

Upon arrival of judicial police, flash grenades where projected around replevisors residence and wife jerked out the door and thrown to the ground, excessive force upon Mrs. Meris. During the search led by A.B Master Corporal Martin, and officer S.D. Brown I asked for a explanation of why he was there he stated looking for any stolen merchandise and I said 20 police cars, a R.V. and flash grenades and a ambulance of just stolen tools or what not, he laughed, but I said to all officers to never abuse my wife ever again, so they asked are you resulting to a threat, I said no more. As these officials were conducting the search and taking pictures of everything being seized, they had some gentleman come to my house taking things he said was his and also things that wasn't his. I told a officer named Mayo of greensboro police, I had receipts for everything he states yea we seen those and are taken them too. Then officer Mayo says Clyde you don't remember me and I looked at my wife and I said no why, officer Mayo states, me and you had a altercation

years ago do you remember me, I said no. By now
I am arguing with officer S.D. Brown about how you
gonna charge me for B&E, larceny, and Possesion of Stolen
Goods for every tool or item cause if any charge it could
be Posession cause I have receipts. [He] officer S.D. Brown
states you have nothing, we have it, he turns around and
left.

Before I go on I like to state why my wife and
I always had gotten receipts. My wife and I owned a
Metal Recycling Facility named 220 Recycling. We were
always told by detectives always get proper receipts, copy
of I.D or license and take photo of any material you buy
to protect your buisiness and self, so my wife made sure
we got all of this no exceptions. Our paperwork has helped
numerouse officers in cases of stolen material brought into our
facility in which I have documents in my motion to prove.
So my question is if my documents/receipts cleared my name
in the course of time of my buisiness why is it not helping
me now. I believe certain officers, Mayo, S.D Brown, A.B Martin
was just vindictive towards me to clear cases and knowing
I have a record it would be a easy conviction. I will also
state my wife and I were told later on by officer Simmons of
Guilford County Sheriffs office. He states Clyde I know you
done nothing like this the Greensboro police are clearing the
slate on you. Something sounds personal and smells fishy.

In a short period of time after the search and seizure I was charged all together 40 some charges of tools and most charges were for numerous things not even seized from my property, just random B&E's and larcenies around Greensboro that were no kinda proof of me involved whatsoever but I was charged anyways. My Bond was around $300,000 all together which I paid Remus Lemar Brown a bondsman around $30,000 cash to stay out of jail to fight these cases. The second time I made bail Mr Brown my bondsman tells me that a greensboro officer S.D.Brown tells me on a phone call to quit bailing you out. He tells me he has never been told that before. Now I hire my long friend and Attorney Edward Galloway to take my cases. Also my first bond I made I was put on a ankle monitor by Greensboro Police Dept. (Also I have been writing clerk of courts and greensboro jail to obtain copies of my bonds I made, and no response back ever.) Can't provide accurate dates to M.D.N.C. for this reason. One morning I just pulled up at Wal-Mart in Randleman, N.C. thats Randolph County. When I parked and got out I was surrounded by unmarked and marked patrol cars a undercover asked me where my ankle monitor is. I pulled up my pants leg and said right here "why"? He states you have a warrant from greensboro police saying you have cut off the ankle monitor. I said I don't understand its right here on my leg and its charged full and evidently its working cause you

tracked me here. He states I don't know nothing just doing my job. Now I go to Randolph County Jail and I am explaining to a seargent of the jail and he says let me see your leg I showed him and he states nothing is broke or tampered with so let me call greensboro police and he comes back and tells me they are on their way there. So I see the magistrate and my bond was pre-set of $50,000 from greensboro. I couldn't believe it neither the seargent. I called my wife told her just to call my bondsman and come get me. About 20 minutes later a greensboro officer comes in with a ankle monitor strap and he says I am taking yours and putting a new one on and I refused because I couldn't understand the purpose of that when mine was fine and even the seargent says you are waisting your time officer cause, after listening to you I am going to personally carry Mr Meris to greensboro all because this wrongfull act is not gonna happen in my jail. He put me in his patrol car or jail transfer car and even called my wife during transfer to go to greensboro thats where he is taking me and when we arrived he gave me his card I have that or I should say my wife has it at home. So now I paid $5,000 for a bold face lie from the greensboro police and the funny thing is I didn't get a charge for nothing just had to pay a $150,000 bond. I talked to my attorney Mr Galloway the next day and told

him what went on and he clearly say's Clyde the police are telling A.DA Mr Parrish your money is dirty and to tell you as a friend not your attorney, I have never seen a person harassed as much as you in the years we known each other. This is beyond me but you paid me to be your attorney I want to bring in my colleague who use to be a D.A. and seen a lot of unethical behaviors of law enforcement. I agreed to that and now I had been going to court for over a year, still on ankle monitor and I had a court date a fews days after my attorney and I spoke and he calls me Sunday and says you wont have to be in court on Monday its your probation case so go to your Doctors appt. and fax me a appt. sheet. I did just that. and 4:35 that same day my attorney calls me and says the police, A.D.A. Mr Parrish have told the Superior Court Judge something and I was just informed that your bond was set at $250,000 and Clyde I can't control none of this. I don't know whats going on but now I was told you didn't have to be here today and now some reason they gave you a F.T.A then Mr. Gallaway says I'm dropping off your case of my best interest. I couldn't believe my ears at this point.[Now my probation was violated for new charges and my bond was only $10,000 and now a F.T.A and my bond is $250,000 unbelievable.] I looked at my wife and say that's it I can't handle this no more. She says what we gonna do spend $25,000 more again for nothing. I said no

and told her that its just gonna continue so I'm running.
To make matters worse I now am absconding and cut off
the ankle monitor. Three months later I get arrested by
my bondsman and brought to guilford county jail in which
my bond was $650,000 for F.T.A and some odd reason the
jail put me in Segregation for 65 days. And now the
courts appoint me Marcus Shields public defender. The
first time I spoke to Mr Shields was at a court date
I had and plainly told him to get the folders with receipts
and to get me a bond hearing. (Note after 8 months he
gets me a bond motion 14 days before my scheduled trial and
he tells my wife I never asked for a bond motion.) Also my
wife was hardly ever called back. Then my wife tried to hire
attorney Garrett&Walker to take my cases and he calls my wife
and says the A.D.A. Christopher Parrish will not let him take
my cases. I couldn't see how I couldn't hire my own attorney
to defend me properly. On Jan 2, 2018 ADA Chris Parrish
filed a motion to revoke my probation and on Jan 5, 2018
I went to court in front of Judge Susan Bray of Superior
Court. And finally after 6 months incarcerated I was finally
in front of a Judge I had to talk no matter what. On that
very day which should be recorded I took the stand and when
I finished talking to Judge Bray and basically told her what
I have wrote in this document and showed the ADA was lying
on me in court and abusing his authority on me. Judge Bray

said to Mr Parrish that I should never of had such a bond set on me on my probation case from 10,000 to 250,000, she states Mr Meris there is no way a man like you could change from good to bad in one day so she gave me a 10 day CRV and _Dismissed_ my probation revoktion of absconding and cutting off the ankle bracelet. This is were it gets worse cause Mr Parrish is really angry and I will explain what he did by what my attorney Mr Shields told me and my wife on a 3 way call from jail on pay tel which I wrote down time and date - 2-19-18 around 2:10 pm. My attorney Marcus Shields states that A.D.A Mr Parrish was listening to your phone conversations and went back and told Judge Susan Bray that you said you got over on her on the probation hearing. I told _Marcus Shields_ I never said that, I told my wife that I won the case its over with on that bond of 250,000 now lets try to get me out. So I wrote the State Bar on _Mr Parrish_ of _Prosecutorial Misconduct_ file # 18:G0326 if I can, order the U.S.M.C M.D.N.C to examine that from the State BAR. In meantime my attorney Mr Shields comes to visit me for the second time in 8-10 months. I plainly asked him again did he get my receipts he said no, so we argued and I told him to remove himself from my cases he states no I'm not. _Note:_ Instead of me re writing the rest of these facts I ask if you would read the next 5 pages I have written to Prison Legal Services. Which explains the rest of my proceedings.

PCQ (new file)
RTN DOCS/LETTERS    unaudited
EM

RECEIVED
MAY 2 9 2018
BY:

① WROTE TO PRISON LEGAL SVC May. 9, 2018

Hello, My name is Clyde Junior Meris opus # 0526775.
. I am writing you to explain my situation of case
# 16CRS66103          . I am a non violent offender. I
have been betrayed by my counsel in every way possible and
the d.a. has abused his authority towards me. I was arrested
on July 13th 2017, My charges were trumped up for example:
The greensboro police searched my property on 2-12-16
and found some tools that I had receipts for and they
were stolen but not only was I charged with possesion of
stolen goods but also B&E and larceny of where it was taken
from. So every tool I was basicly charged 3 charges everytime.
So I ended up with 40 plus charges all together. I have
wrote the State Bar and filed a grievance and was accepted
and file # is 18:G0326          , and also I wrote the U.S. middle
District court case # 1:18CV195          . All of these filings show all
problems with my cases and my attorneys inactive assistance of
Counsel, and Prosecutorial Misconduct of A.D.A. Christopher
Parrish. My court appointed attorney Marcus Shields came to
Guilford county jail to see me for the 1st time last year
the jail will have that date and offered me a plea for
12 years and I asked him why he hasn't got me a bond
motion cause my bond was 650 thousand dollars also I have
one felony larceny charge in District Court for a year and my
bond was or still is $100,000 dollars on that bond really not

proper and my paid attorney is Terrance Hines in ~~Winston~~ Winston Salem, NC. and he says the D.A. in greensboro is telling the D.A. in winston to keep the bond on me so I couldn't post bond. I have paid 30 thousand cash to a bondsman to stay out of jail money that I will never get back ever. So on January 5th 2018 the D.A. filed a motion to revoke probation and it was for absconding probation and on that day I won my hearing because I proved the D.A. was lying on me and the Judge in Superior court Susan Bray heard me out and I showed documents to prove what I needed too to win that case that day. And after that case was closed the D.A. went and listened to my phone conversation and went back told Susan Bray I got over on her and I never said that I said to my wife we got 1 case over with so my wife called my attorney Marcus Shields on 3 way on pay tel and he plainly stated what the D.A. told Susan Bray then later on he tells me he never said such a thing I said you a lie you told me and my wife on 3 way on 2-19-18 around 2:10 pm not to mention he my attorney told another inmate to tell me to stay off the phone I said you could of sent me a letter or called my wife if there was something you need to tell me so he says it don't matter cause Susan Bray is not on the week of your trial I said you just said you didn't say nothing about the D.A.

so what does it matter who the judge is. He had no comment. So 2½ weeks before my trial my attorney comes to visit me for the 2nd time since July 13, 2018 so over 8 months he came 2 times I asked him what happened to my bond motion, he says we will do that on the day of trial, I said how will that work no judge gonna reduce a bond like that, so he says we will go on Thursday this week I said 2½ weeks before trial that is a joke you just now wanna get me one when you know no judge is gonna change my bond, so we argued and I said you havent talked to me about my case at all and you have not supeona nobody to court, he said usually everyone has to have a 30 day notice for supeona, I said well its too late for that now. He has lied to me and my wife numerous times and I told him to remove himself from my cases he said no. In April I go to court for trial and before court actually started I asked the Judge if I could speak he allowed me and I told the Judge I wanna fire my attorney cause he is not prepared for my trial the judge says no not gonna let you do that and I said your honor he is not came to see me to talk about my case and I am not comfortable to go to trial with him. He said you can represent yourself cause this trial is starting today, I said I can't pick a jury, then the judge says your attorney can be side counsel, I said no I would like time to prepare my defense to represent myself, he says no we will start trial

today regardless, or you can talk to your attorney about the plea offer of 77 months if you wanna do that I said ok. My attorney says the plea is 77 months I said go ask my wife what she wants me to do, so he says she agrees to take plea offer and he said you will be in jail almost that long going to trial for all these charges so its a good offer. So I said I will sign a Alford Plea and that was my best intrest so my attorney never said nothing handed me to sign and ask me questions on plea and we went back in the court room and judge heard from the D.A. and a officer and then said we will come back wednesday to sentence on plea. So Wednesday the judge heard from DA. again and officer again and this time the DA. had victims there in court to speak and my attorney said nothing and they made me look so bad and I couldn't prove no innocence on my behalf. For instance the cops searched my house and took all my receipts, titles, Bill of Sales for things I bought from people that was stolen and I asked the judge to have the police give my attorney these red, and blue folders to show judge and some reason the cop says in court they are not available. How is that when I have a signed seizure document showing what all they took from my house and they took pictures of everything they took, I told this attorney we needed them folders last year he never tried to get nothing I ask him to do. So I signed the plea on Monday and the D.A spoke

his aggravating factors on Monday and then again on Wednesday with victims and what was weird was 2 people spoke against me and I was not charged with crimes against them. So judge accepts plea and somehow I get over 21 years and I couldn't believe what I heard and how I have no violent crimes or a violent record people in my block for murder signed pleas for 16 years and 13 years. I have a wife and a 5 year old son I need someone to please take this letter into consideration to help me I am not in too good of mind right now. My attorney never said I could face such a sentence on my plea. There is so much more to tell and I will have my wife to send all documents to whom it concerns.

Respectfully

Note officer S.D. Braun states these folders/Receipts are unavailable

Clyde J Meris

Also Note: My Attorney Marcus Shields becomes a judge the same day I was sentenced.

wife: Mindy Meris
832 NC Highway 62 W
Greensboro, NC, 27406

phone #: 336-763-7920

Note: See Braswell vs Medina 16 CVS 412

The only proof of my innocence is somehow lost or misplaced how odd.